JAMES FRANCIS MORGAN, BY HIS NEXT FRIEND AND MOTHER, BESSIE HICKSTEIN MORGAN, RESPONDENT-RESPONDENT, v. SUSINO CONSTRUCTION COMPANY, PROSECUTOR-APPELLANT.

Argued February 3, 1944—Decided March 23, 1944.

For the respondent, *Hodes & Hodes (Irving L. Hodes).*

For the appellant, *Thomas J. Brett* and *Edwin Joseph O'Brien.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Chief Justice in the Supreme Court; reserving, however, any expression as to the rights of an unborn child not within the

statutory provision. See *Stemmer* v. *Kline,* 128 *N. J. L.* 455.

*For affirmance*—THE CHANCELLOR, PARKER, CASE, DONGES, PERSKIE, PORTER, DEAR, HAGUE, THOMPSON, DILL, JJ. 10.

*For reversal*—HEHER, WELLS, RAFFERTY, JJ. 3.